# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| LEON HENRY COLLINS, | Case No. 25-cv-4203 (LMP/JFD) |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| DIANA E. MURPHY, | |
| Defendant. | |

Before the Court is the Report and Recommendation ("R&R"), ECF No. 6, of United States Magistrate Judge John F. Docherty, which recommends dismissing Plaintiff Leon Henry Collins's Complaint, ECF No. 1, with prejudice pursuant to the prescreen review provisions of 28 U.S.C. § 1915(e)(2)(B). The R&R also recommends denying Collins's Application to Proceed in District Court Without Prepaying Fees or Costs, ECF No. 5, as moot.

Collins has not formally objected to the R&R in the time period permitted, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Instead, Collins sent several letters asserting that he has paid the filing fee for this matter, which would remove his complaint from the prescreen review provisions of Section 1915(e)(2)(B) and effectively deem the R&R moot. ECF Nos. 7, 10. But the Clerk of Court never received any payment from Collins. Accordingly, Collins remains an IFP applicant whose complaint is subject to prescreen review.

Finding no clear error with the R&R's review, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The R&R (ECF No. 6) is **ADOPTED**;

2. Collins's complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE**;[1]

    and

3. Collins's Application to Proceed Without Prepaying Fees or Costs (ECF No. 5) is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 19, 2025              *s/Laura M. Provinzino*
                                      Laura M. Provinzino
                                      United States District Judge

---

[1] This Court echoes the warning of Magistrate Judge Docherty: should Collins continue to litigate the same claims against the same defendant in the District of Minnesota, restrictions will be imposed on his ability to file new lawsuits in the District. ECF No. 6 at 4.